# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA SANTIAGO,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-6184 |
| | : | |
| **QUALITY INN (PA 370), et al.,** | : | |
| Defendants | : | |

**O R D E R**

**AND NOW,** this 15th day of October, 2010, upon consideration of the defendant's motion to dismiss (Document #4), and the plaintiff's response thereto (Document #7), it is hereby ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that Defendant Choice Hotel International shall file an answer to the complaint within ten (10) days of the date of this Order.

                                              BY THE COURT:

                                              /s/ Lawrence F. Stengel
                                              LAWRENCE F. STENGEL, J.